

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00750-CV

**UNIVERSITY OF TEXAS AT SAN ANTONIO**,
Appellant

v.

Estate of Jake R. **TREVINO**, Deceased,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10989
Honorable Aaron Haas, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: August 2, 2023

AMENDED MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed an unopposed amended motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM